IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON JOHNNY WILSON,<br><br>    Defendant. | CASE NO.: 4:24-cr-102 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 13, 2025, Report and Recommendation, (doc. 30), to which both parties have affirmed their agreement, (docs. 31 & 32). Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 30), as the opinion of the Court. Pursuant to 18 U.S.C. § 3145(a)(1), the Court amends the conditions of release imposed by the United States District Court for the District of South Carolina, (see doc. 11, p. 9), as reflected in the proposed Order Setting Conditions of Release attached to the Magistrate Judge Report and Recommendation, (see doc. 30, pp. 6-11). Subject to a determination that Ms. Shanika Harris is suitable and her agreement to serve as custodian, (see id., p. 7), the Magistrate Judge is **DIRECTED** to enter the proposed Order Setting Conditions of Release.

**SO ORDERED**, this 24th day of February, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA